NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEXTEC APPLICATIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**BROOKWOOD COMPANIES, INC.,**
*Defendant-Cross-Appellant.*

---

2012-1670, -1685

---

Appeals from the United States District Court for the Southern District of New York in No. 07-CV-6901, Senior Judge Thomas P. Griesa.

---

**JUDGMENT**

---

NAGENDRA SETTY, Sheppard, Mullin, Richter & Hampton, LLP, of San Francisco, California, argued for plaintiff-appellant. With him on the brief were STEPHEN S. KORNICZKY, EDWARD V. ANDERSON, and MICHAEL MURPHY. Of counsel was DANIEL NICHOLAS YANNUZZI, of San Diego, California.

DARYL L. JOSEFFER, King & Spalding, LLP, of Washington, DC, argued for defendant-cross appellant. With him on the brief were KAREN F. GROHMAN; ADAM M.

CONRAD, of Charlotte, North Carolina; ETHAN HORWITZ, of New York, New York; and MARY KATHERINE BATES, of Atlanta, Georgia.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, *Chief Judge*, MAYER, and CHEN, *Circuit Judges)*.

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 18, 2013 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |